UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 24-cr-20514-4
Hon. Matthew F. Leitman

v.

D4, RALPH THOMAS,

Defendant.

_______________________________________/

**ORDER (1) GRANTING DEFENDANT'S MOTION TO REINSTATE BOND (ECF #174), (2) REINSTATING AND CONTINUING BOND, AND (3) DIRECTING DEFENDANT'S RELEASE FROM CUSTODY**

On November 24, 2026, Defendant Ralph Thomas filed a Motion to Reinstate Bond (ECF #174). Thomas filed the motion after his counsel and counsel for the Government had discussed the possible reinstatement of bond during a status conference on November 23, 2026.

For the reasons stated on the record during the November 23, 2026, conference, **IT IS HEREBY ORDERED** that Defendant's Motion to Reinstate Bond is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Ralph Thomas's bond is REINSTATED and CONTINUED under the same terms and conditions previously

imposed. Defendant Ralph Thomas shall be RELEASED from the custody of the United States Marshal Service without delay.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126